JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| MICHAEL NAVARRO Plaintiff | Case No.: 2:20−cv−08919 RGK (MAAx) |
|---|---|
| v. | |
| EVERGREEN PACKAGING LLC., and Does 1 to 100, Defendants | [~~PROPOSED~~] ORDER RE DISMISSAL |

Pursuant to the parties' STIPULATION FOR DISMISSAL [Document 31], the above-captioned lawsuit is hereby dismissed in its entirety, without prejudice, with each party to bear its own fees and costs.

IT IS SO ORDERED

Dated: October 8, 2021

*/s/ Gary Klausner*
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE